B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **HiTech Fire Detection Corporation** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba HiTech Integrated Solutions** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **76-0615681** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **3845 FM 1960 West, Ste 450 Houston, TX**  ZIP CODE **77068** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **3845 FM 1960 West, Ste 450 Houston, TX**  ZIP CODE **77068** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)** Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **HiTech Fire Detection Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                   Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no

principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.63.3, ID 0235*

B1 (Official Form 1) (4/10)                                                                                                                    **Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **HiTech Fire Detection Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

Telephone Number (If not represented by attorney)
_____

Date
_____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X**  **/s/ Barbara Mincey Rogers**
_____
 **Barbara Mincey Rogers**          Bar No.**17163200**

**Rogers Anderson & Bensey, PLLC**
**1415 N. Loop West, Suite 1020**
**Houston, TX   77008**

Phone No.**(713) 868-4411**          Fax No.**(713) 868-4413**

08/09/2010
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**HiTech Fire Detection Corporation**

**X**  **/s/ Eric N. Cooley**
_____
Signature of Authorized Individual

 **Eric N. Cooley**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**08/09/2010**
_____
Date

Address
_____

**X** _____

Date
_____
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **HiTech Fire Detection Corporation**

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____ **76-0615681** _____ .

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____ .

3. The following financial data is the latest available information and refers to the debtor's condition on_____ .

   a. Total Assets                    **$1,634,063.38**

   b. Total Liabilities              **$1,908,213.23**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | **$744,274.47** | **3** |
| Contingent  secured debt | **$0.00** | **0** |
| Disputed secured debt | **$0.00** | **0** |
| Unliquidated secured debt | **$0.00** | **0** |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | **$1,149,416.48** | **81** |
| Contingent  unsecured debt | **$0.00** | **0** |
| Disputed unsecured debt | **$14,522.28** | **3** |
| Unliquidated unsecured debt | **$0.00** | **2** |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

***Comments, if any***

4.  Brief description of debtor's business:

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **HiTech Fire Detection Corporation**

CASE NO

CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____ **Eric N. Cooley** _____ , the _____ **President** _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date: **08/09/2010** _____         Signature: **/s/ Eric N. Cooley** _____
                                                      ***Eric N. Cooley***
                                                      **President**

B6A (Official Form 6A) (12/07)

In re   **HiTech Fire Detection Corporation**                     Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | Total: **$0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **HiTech Fire Detection Corporation**                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Amegy Bank Account No. xxx8540 | | $2,065.55 |
| | | Green Bank Account No. xxxx0300 | | $0.00 |
| | | Green Bank Account No. xxxx0216 | | $1,333.10 |
| | | Green Bank Account No. xxxx0430 | | $9,944.41 |
| | | Chase Bank Account No. xxxx7289 | | $11,599.72 |
| | | Chase Bank Account No. xxxx4703 | | $150.76 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **HiTech Fire Detection Corporation**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | $1,345,046.10 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **HiTech Fire Detection Corporation**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **HiTech Fire Detection Corporation**                    Case No. _____
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 TFI UT Generic Utility Trlr | $500.00 |
| | | 2006 Chev PK 2500 Slvr 25 crew 4x4 | $20,000.00 |
| | | 2004 Chev PK Silverado 4 Dr. 4x2 | $5,000.00 |
| | | 2003 Chev Vn Astro Cargo 4x2 | $1,500.00 |
| | | 2004 Chev Vn Astro Cargo 4x2 | $1,500.00 |
| | | 2004 Dodge | $7,000.00 |
| | | 2004 Chev | $2,000.00 |
| | | 2006 Chev Van | $3,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | 17 Bookcases | $340.00 |
| | | 24 Computers | $2,400.00 |
| | | 30 Cublicles | $3,000.00 |
| | | 41 File Cabinets | $1,435.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **HiTech Fire Detection Corporation**                    Case No. _____
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 102 Chairs | $5,000.00 |
| | | 21 Desks | $2,100.00 |
| | | 7 Printers | $350.00 |
| | | 7 Credenzas | $350.00 |
| | | 11 Tables | $110.00 |
| | | Sofa | $50.00 |
| | | 15 Cabinets | $1,500.00 |
| | | 2 Refrigerators | $150.00 |
| | | 1 Microwave | $25.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | Inventory | $206,613.74 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **HiTech Fire Detection Corporation**                                   Case No. _____
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   **$1,634,063.38**

B6D (Official Form 6D) (12/07)

In re   **HiTech Fire Detection Corporation**                    Case No. _____

                                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Dell Financial**<br>**4307 Collection Center Dr.**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**24 Computers**<br>REMARKS:<br><br><br>VALUE:          **$2,400.00** | | | | $13,932.60 | $11,532.60 |
| ACCT #:<br><br>**GMAC**<br>**PO Box 9001948**<br>**Louisville, KY  40290-1948** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 Chev PK 2500 Slvr 25 crew 4x**<br>REMARKS:<br><br><br>VALUE:          **$20,000.00** | | | | $13,833.00 | |
| ACCT #:<br><br>**Green Bank**<br>**c/o Nathan Sommers & Jacobs**<br>**2800 Post Oak, 61st Floor**<br>**Houston, TX  77056** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**All Assets except rolling stock**<br>REMARKS:<br><br><br>VALUE:          **$1,593,563.38** | | | | $716,508.87 | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | **$744,274.47** | **$11,532.60** |
| | | Total (Use only on last page) > | | | | **$744,274.47** | **$11,532.60** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

_____**No**_____continuation sheets attached

B6E (Official Form 6E) (04/10)

In re   **HiTech Fire Detection Corporation**

Case No. _____
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheet

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **HiTech Fire Detection Corporation**                    Case No. _____
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Contributions to employee benefit plans |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Premium Care Service Corp./BCBS P.O. Box 1186 Chicago, IL 60601** | | DATE INCURRED: CONSIDERATION: **Goods and services** REMARKS: | | | | $34,015.43 | $34,015.43 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   | $34,015.43 | $34,015.43 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

B6E (Official Form 6E) (04/10) - Cont.

In re  **HiTech Fire Detection Corporation**                    Case No. _____
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadephia, PA   19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payroll Taxes**<br>REMARKS: | | | | **$12,634.73** | **$12,634.73** | **$0.00** |
| ACCT #:<br>**Texas State Comptroller**<br>**Bankruptcy & Collections Division**<br>**PO Box 12548**<br>**Austin, TX   78711-2548** | | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | **$67,646.22** | **$67,646.22** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no.   **2**         of **2**          continuation sheets    Subtotals (Totals of this page) >   **$80,280.95**   **$80,280.95**   **$0.00**
attached to Schedule of Creditors Holding Priority Claims          Total >   **$114,296.38**

(Use only on last page of the completed Schedule E.

                                                                                                                              Totals >   **$114,296.38**   **$0.00**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   **HiTech Fire Detection Corporation**                     Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Accion Texas**<br>**PO Box 915222**<br>**Dallas,TX  75391-5222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $54,621.53 |
| ACCT #:<br>**ACT Fabrication**<br>**P.O. Box 201810**<br>**Houston, TX 77216-1810** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $5,549.36 |
| ACCT #:<br>**ACT Pipe & Supply**<br>**6950 W. Sam Houston Pkwy.**<br>**Houston, TX 77041** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $44,593.07 |
| ACCT #:<br>**ADI**<br>**P.O. Box 409863**<br>**Atlanta, GA 30384-9863** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $49,477.34 |
| ACCT #:<br>**Airgas Southwest**<br>**P.O. Box 676031**<br>**Dallas, TX 75267-6031** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $77.56 |
| ACCT #:<br>**Alpha Graphics**<br>**13835 Breck St.**<br>**Houston, TX 77066** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $867.51 |

Subtotal >    $155,186.37

____13____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **HiTech Fire Detection Corporation**                                      Case No. _____

                                                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Backflow Training Assoc.**<br>**188610 Tomato St., Bldg. D**<br>**Spring, TX 77379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $525.00 |
| ACCT #:<br>**BAE Law Firm**<br>**800 W. Sam Houston Pkwy. N.**<br>**Bldg. 12, 3rd Fl.**<br>**Houston, TX 77024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,522.73 |
| ACCT #:<br>**Blackhawk Security Service**<br>**2020 SW Frwy #325**<br>**Houston, TX 77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $16,387.50 |
| ACCT #:<br>**Brian Jensen LLP**<br>**6750 West Loop South, Ste 800**<br>**Bellaire, TX 77401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $5,123.57 |
| ACCT #:<br>**Briggs Equipment**<br>**8787 Wallisville Rd.**<br>**Houston, TX 77029-1315** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $51,139.32 |
| ACCT #:<br>**Christian Brothers Automotive**<br>**2899 FM 1960 West**<br>**Houston, TX 77068** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,769.07 |

Sheet no. __1__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$78,467.19**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re     **HiTech Fire Detection Corporation**                     Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cintas**<br>**5355 W. Sam Houston Pkwy. N., Ste 300**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$640.10** |
| ACCT #:<br>**Convergent Technologies**<br>**35257 Eagle Way**<br>**Chicago, IL 60678-1352** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$8,355.73** |
| ACCT #:<br>**Counterforce USA**<br>**P.O. Box 266699**<br>**Houston, TX 77207-6699** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$20,058.90** |
| ACCT #:<br>**D Systems**<br>**781 Far Hills Rd. #7800**<br>**New Freedom, PA 17349** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$3,343.66** |
| ACCT #:<br>**De Lage Landen**<br>**Ref 484538**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$2,074.53** |
| ACCT #:<br>**Dennis Long**<br>**12014 N. Youngwood**<br>**Houston, TX  77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Disputed Wage Claim**<br>REMARKS: | | X | X | **Unknown** |

Sheet no. __2__ of __13__ continuation sheets attached to                                        Subtotal >     **$34,472.92**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re    **HiTech Fire Detection Corporation**                              Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dun & Bradstreet**<br>**75 Remittance Dr., Ste 1793**<br>**Chicago, IL 60675-1793** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $681.39 |
| ACCT #:<br>**Dwyer Instruments**<br>**102 Hwy. 212**<br>**Michigan City, IN 463630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $490.96 |
| ACCT #:<br>**Errol Howery**<br>**8119 Schaefer Lane**<br>**Houston, TX  77070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Disputed Wage Claim**<br>REMARKS: | | X | X | Unknown |
| ACCT #:<br>**Farmers Insurance**<br>**Payment Processing**<br>**P.O. Box 660665**<br>**Dallas, TX 75266-0665** | | DATE INCURRED:<br>CONSIDERATION:<br>**Workers Comp & Auto Insurance**<br>REMARKS: | | | X | $14,522.28 |
| ACCT #:<br>**Fire Control Instruments**<br>**c/o Bank of America**<br>**98534 Collection Center Dr.**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $93,931.92 |
| ACCT #:<br>**Firetrol**<br>**400 Garden Oaks**<br>**Houston, TX 77018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $4,742.59 |

Sheet no. __3__ of 13 __ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$114,369.14**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **HiTech Fire Detection Corporation**                              Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **G&K Services** <br> **7355 Denny St.** <br> **Houston, TX 77040-4848** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $5,560.97 |
| ACCT #: <br> **Geo-Systems USA** <br> **2435 Dillard St.** <br> **Grand Prairie, TX 75051** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $2,719.00 |
| ACCT #: <br> **Global Fire Control Inc.** <br> **1201 17th St., Ste 103** <br> **Moline, IL 61244** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $21,241.53 |
| ACCT #: <br> **Grainger** <br> **Dept 852920263** <br> **PO Box 419267** <br> **Kansas City, MO  64114-6267** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and Services** <br> REMARKS: | | | | $2,145.02 |
| ACCT #: <br> **Harrington Signal** <br> **P.O. Box 590** <br> **Moline, IL 61266-0590** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $8,803.10 |
| ACCT #: <br> **HD Supply Waterworks** <br> **P.O. Box 840700** <br> **Dallas, TX 75284-0700** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $19,526.98 |

Sheet no. ___**4**___ of **13** _____ continuation sheets attached to       **Subtotal >**       **$59,996.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HiTech Fire Detection Corporation**                     Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Heiser Logistics<br>P.O. Box 730<br>Canandigua, NY 14424** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,964.43 |
| ACCT #:<br>**Hilti, Inc.<br>5400 S. 122nd E. Ave.<br>Tulsa, OK 74146** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,093.98 |
| ACCT #:<br>**Home Depot<br>Dept. 32-2133392765<br>P.O. Box 6029<br>The Lakes, NV 88901-6029** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $16,874.37 |
| ACCT #:<br>**Honeywell<br>12490 Collections Center Dr.<br>Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $289.24 |
| ACCT #:<br>**Houston Area Safety Council<br>Dept. 337<br>P.O. Box 3108<br>Houston, TX 77253-3108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $240.00 |
| ACCT #:<br>**International Systems of A<br>1812 Cargo Court<br>Louisville, KY 40299-1912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,424.26 |

Sheet no. __5__ of13_____ continuation sheets attached to              **Subtotal >**          **$23,886.28**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     **Total >**

                                         **(Use only on last page of the completed Schedule F.)**

                                         **(Report also on Summary of Schedules and, if applicable, on the**

                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HiTech Fire Detection Corporation**                     Case No. _____

                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Interstate Batteries** <br> **10959 FM 1960 West, Ste F** <br> **Houston, TX 77070-6321** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $3,253.74 |
| ACCT #: <br> **ISO Insurance Services Office** <br> **General Post Office** <br> **P.O. Box 27507** <br> **New York, NY 10087-7507** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $821.62 |
| ACCT #: <br> **Ledger Solutions** <br> **1776 Woodstead Ct. #220** <br> **The Woodlands, TX 77380** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $38,280.25 |
| ACCT #: <br> **Liberty Office Products** <br> **P.O. Box 630729** <br> **Houston, TX 77263-0729** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $3,731.03 |
| ACCT #: <br> **Mickie Service Company Inc.** <br> **P.O. Box 55544** <br> **Houston, TX 77255-5544** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $2,000.00 |
| ACCT #: <br> **Murphy Technical** <br> **P.O. Box 1046** <br> **Argyle, TX 76226** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $1,291.48 |

Sheet no. __6__ of __13__ continuation sheets attached to                    Subtotal >    **$49,378.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                                           **(Use only on last page of the completed Schedule F.)**
                                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HiTech Fire Detection Corporation**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**NC Group**<br>**12901 Beaumont Hwy. 90**<br>**Houston, TX 77049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $7,495.00 |
| ACCT #:<br>**NTB Tire Kingdom**<br>**P.O. Box 406010**<br>**Atlanta, GA 30384-6010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,184.71 |
| ACCT #:<br>**Office Depot**<br>**Dept. 56-8404363954**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $634.74 |
| ACCT #:<br>**Office Depot-Business**<br>**P.O. Box 633211**<br>**Cincinnati, OH 45263-3211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,769.06 |
| ACCT #:<br>**Port City Fasteners, Inc.**<br>**1902 Treble Dr. #C-7**<br>**Humble, TX 77338** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $181.52 |
| ACCT #:<br>**Precisionnaire Ltd**<br>**19426 Oil Center Blvd.**<br>**Houston, TX 77073** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,000.00 |

Sheet no. ___7___ of13_____ continuation sheets attached to                          **Subtotal >**          **$17,265.03**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HiTech Fire Detection Corporation**                     Case No. _____

                                                                                        (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Prostar Services Inc.**<br>**P.O. Box 110209**<br>**Carrollton, TX 75011-0209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $508.07 |
| ACCT #:<br>**R.M. Crowe Management**<br>**4200 Westheimer, Ste 280**<br>**Houston, TX 77027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | $2,318.18 |
| ACCT #:<br>**Reliable Sprinkler**<br>**103 Fair View Park Dr.**<br>**Elmsford, NY 10523** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $46,310.30 |
| ACCT #:<br>**Ricoh Americas Corporation**<br>**21146 Network Pl.**<br>**Chicago, IL 60673-1211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $7,035.91 |
| ACCT #:<br>**Ricoh Americas Corporation**<br>**P.O. Box 4245**<br>**Carol Stream, IL 60197-4245** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $11,962.77 |
| ACCT #:<br>**ROI-North America, Inc.**<br>**1250 Barclay Blvd, Ste 100**<br>**Buffalo Grove, IL 60089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit - Contract Dispute**<br>REMARKS: | | | | **Unknown** |

Sheet no. __8____ of13_____ continuation sheets attached to                              **Subtotal >**     **$68,135.23**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >**
                                                        (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **HiTech Fire Detection Corporation**                          Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:**<br>**ROI-North America, Inc.** | | **Ronald L. Bell & Assoc., LP**<br>**1275 Barclay Blvd., Ste 100**<br>**Buffalo Grove, IL  60089** | | | | **Notice Only** |
| ACCT #:<br>**Royal Communications Inc.**<br>**11419 Stage Coach Rd., Ste 2100**<br>**Little Rock, AR 72210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $75.00 |
| ACCT #:<br>**Sealy Appliance and Butane**<br>**P.O. Box 638**<br>**Sealy, TX 77474** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $342.00 |
| ACCT #:<br>**Security General Intl Ltd**<br>**12500 San Pedro Ave., Ste 475**<br>**San Antonio, TX 78216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $25,594.40 |
| ACCT #:<br>**Simplex Grinnel**<br>**Department 0856**<br>**P.O. Box 120001**<br>**Dallas, TX 75312-0856** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $353.69 |
| ACCT #:<br>**Sound Billing LLC/Jiffy Lube**<br>**P.O. Box 620130**<br>**Middleton, WI 53562** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $4,403.84 |

Sheet no. __**9**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$30,768.93**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __HiTech Fire Detection Corporation__                         Case No. _____

                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Southland Battery Assoc.**<br>**6311 Antoine Dr.**<br>**Houston, TX 787091** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,412.18 |
| ACCT #:<br>**Spot Security Professional**<br>**8805 Jones Rd., Ste #C-101**<br>**Houston, TX 77065** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $200.00 |
| ACCT #:<br>**Staples Credit Plan**<br>**Dept. 51-7861246410**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $965.74 |
| ACCT #:<br>**Sue Turner**<br>**1237 Walston Ridge**<br>**Spring, TX   77379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $35,000.00 |
| ACCT #:<br>**Sunray Construction Notic**<br>**2229 Soundings Court**<br>**West Palm Beach, FL 33413** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,880.65 |
| ACCT #:<br>**Sunstate Equipment Co.**<br>**P.O. Box 52581**<br>**Phoenix, AZ 85072-2581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $5,180.48 |

Sheet no. __10__ of __13__ continuation sheets attached to                    **Subtotal >**    **$46,639.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         **Total >**

                                         **(Use only on last page of the completed Schedule F.)**
                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HiTech Fire Detection Corporation**          Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sylvanfield, LLC**<br>**4355 Sylvanfield Drive, Ste 200**<br>**Houston, TX  77014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Rent from Old Lease**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Sylvanfield, LLC** | | Roger G. Jain<br>7322 SW Fwy, Ste 1100<br>Houston, TX  77074 | | | | **Notice Only** |
| ACCT #:<br>**Tecumseh Technologies, LCC**<br>**P.O. Box 99**<br>**Tecumseh, MI 49286** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$554.06** |
| ACCT #:<br>**Texas Manufacturing**<br>**5915 Milwee St.**<br>**Houston, TX 77092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$62,001.51** |
| ACCT #:<br>**The CAD Store**<br>**15353 N. 91st Ave.**<br>**Peoria, AZ 85381** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$260.00** |
| ACCT #:<br>**Tried Distribution Inc.**<br>**P.O. Box 840506**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$1,414.96** |

Sheet no. **11** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$64,230.53**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **HiTech Fire Detection Corporation**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United Access**<br>**2770 North Fwy.**<br>**Houston, TX 77009** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $4,654.82 |
| ACCT #:<br>**United Central Control, Inc.**<br>**8415 Data Point Dr., Ste 500**<br>**San Antonio, TX 78229** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,269.94 |
| ACCT #:<br>**Unline Shipping Supply Speci**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,549.62 |
| ACCT #:<br>**Valero Marketing & Supply**<br>**P.O. Box 300**<br>**Amarillo, TX 79105-0300** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $13,178.41 |
| ACCT #:<br>**Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $12,493.10 |
| ACCT #:<br>**Video IQ**<br>**213 Burlington Road**<br>**Bedford, MA  01730** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $700.00 |

Sheet no. __**12**__ of __**13**__ continuation sheets attached to                     **Subtotal >**          **$34,845.89**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                                   (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **HiTech Fire Detection Corporation**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wesley D. & Paula Cooley**<br>**18315 Trace Forest Drive**<br>**Spring, TX   77379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $268,000.00 |
| ACCT #:<br>**Wildcat Electric Supply Ltd**<br>**5535 Harvey Wilson**<br>**Houston, TX 77020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,212.90 |
| ACCT #:<br>**Wilson Fire**<br>**7303 Empire Central Dr.**<br>**Houston, TX 77040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $788.20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __13__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | $272,001.10 |
| **Total >** | $1,049,642.38 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **HiTech Fire Detection Corporation**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Enterprise Fleet Services**<br>10401 Centrepark Dr., Ste 200<br>Houston, TX  77043 | Lease of Vehicles (42)<br>Contract to be ASSUMED |
| **Great American Leasing Corporation**<br>PO Box 609<br>Cedar Rapids, IA  52401 | Ricoh 2400<br>Contract to be ASSUMED |
| **J2CR LLC**<br>c/o Vedray Management<br>10368 Diary Ashford<br>Houston, TX  77079 | 14503 Bammel N Houston, #225<br>Houston, TX<br>Contract to be ASSUMED |
| **Schiller Property**<br>PO Box 4737<br>Houston, TX  77210-4737 | 3845 FM 1960 West, Ste 400, Houston, TX (Office Lease)<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re   **HiTech Fire Detection Corporation**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wesley D. & Paula Cooley**<br>18315 Trace Forest Drive<br>Spring, TX   77379 | **Green Bank**<br>c/o Nathan Sommers & Jacobs<br>2800 Post Oak, 61st Floor<br>Houston, TX   77056 |
| **Wesley D. & Paula Cooley**<br>18315 Trace Forest Drive<br>Spring, TX   77379 | **ACT Pipe & Supply**<br>6950 W. Sam Houston Pkwy.<br>Houston, TX 77041 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re   **HiTech Fire Detection Corporation**

Case No.

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $1,634,063.38 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $744,274.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $114,296.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $1,049,642.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 27 | $1,634,063.38 | $1,908,213.23 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **HiTech Fire Detection Corporation**                                    Case No. _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**28**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **08/09/2010**_____          Signature  **/s/ Eric N. Cooley**_____

                                                                                        ***Eric N. Cooley***
                                                                                        ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **HiTech Fire Detection Corporation**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3)<br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fire Control Instruments<br>c/o Bank of America<br>98534 Collection Center Dr.<br>Chicago, IL 60693 | | Goods and services | | **$93,931.92** |
| Texas State Comptroller<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 | | Sales Taxes | | **$67,646.22** |
| Texas Manufacturing<br>5915 Milwee St.<br>Houston, TX 77092 | | Goods and services | | **$62,001.51** |
| Accion Texas<br>PO Box 915222<br>Dallas,TX  75391-5222 | | Loan | | **$54,621.53** |
| Briggs Equipment<br>8787 Wallisville Rd.<br>Houston, TX 77029-1315 | | Goods and services | | **$51,139.32** |
| ADI<br>P.O. Box 409863<br>Atlanta, GA 30384-9863 | | Goods and services | | **$49,477.34** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **HiTech Fire Detection Corporation**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | Nature of claim (trade debt, bank loan, | Indicate if claim is contingent, unliquidated, disputed, or subject to | Amount of claim [if secured also state value of security] |
| Reliable Sprinkler<br>103 Fair View Park Dr.<br>Elmsford, NY 10523 | | Goods and services | | **$46,310.30** |
| ACT Pipe & Supply<br>6950 W. Sam Houston Pkwy.<br>Houston, TX 77041 | | Goods and services | | **$44,593.07** |
| Ledger Solutions<br>1776 Woodstead Ct. #220<br>The Woodlands, TX 77380 | | Goods and services | | **$38,280.25** |
| Sue Turner<br>1237 Walston Ridge<br>Spring, TX  77379 | | Loan | | **$35,000.00** |
| Premium Care Service<br>Corp./BCBS<br>P.O. Box 1186<br>Chicago, IL 60601 | | Goods and services | | **$34,015.43** |
| Security General Intl Ltd<br>12500 San Pedro Ave., Ste 475<br>San Antonio, TX 78216 | | Goods and services | | **$25,594.40** |
| Global Fire Control Inc.<br>1201 17th St., Ste 103<br>Moline, IL 61244 | | Goods and services | | **$21,241.53** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **HiTech Fire Detection Corporation**

Case No.

Chapter      **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3)<br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Counterforce USA<br>P.O. Box 266699<br>Houston, TX 77207-6699 | | Goods and services | | **$20,058.90** |
| HD Supply Waterworks<br>P.O. Box 840700<br>Dallas, TX 75284-0700 | | Goods and services | | **$19,526.98** |
| Home Depot<br>Dept. 32-2133392765<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | Goods and services | | **$16,874.37** |
| Blackhawk Security Service<br>2020 SW Frwy #325<br>Houston, TX 77098 | | Goods and services | | **$16,387.50** |
| Farmers Insurance<br>Payment Processing<br>P.O. Box 660665<br>Dallas, TX 75266-0665 | | Workers Comp & Auto Insurance | *Disputed* | **$14,522.28** |
| Valero Marketing & Supply<br>P.O. Box 300<br>Amarillo, TX 79105-0300 | | Goods and services | | **$13,178.41** |
| Internal Revenue Service<br>PO Box 21126<br>Philadephia, PA  19114 | | Payroll Taxes | | **$12,634.73** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:    **HiTech Fire Detection Corporation**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:  **08/09/2010** _____        Signature: __ **/s/ Eric N. Cooley** _____
                                                                 *Eric N. Cooley*
                                                                 **President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **HiTech Fire Detection Corporation**

CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  08/09/2010

Signature   **/s/ Eric N. Cooley**
   *Eric N. Cooley*
   *President*

Date

Signature

Accion Texas
PO Box 915222
Dallas,TX   75391-5222

ACT Fabrication
P.O. Box 201810
Houston, TX 77216-1810

ACT Pipe & Supply
6950 W. Sam Houston Pkwy.
Houston, TX 77041

ADI
P.O. Box 409863
Atlanta, GA 30384-9863

Airgas Southwest
P.O. Box 676031
Dallas, TX 75267-6031

Alpha Graphics
13835 Breck St.
Houston, TX 77066

Backflow Training Assoc.
188610 Tomato St., Bldg. D
Spring, TX 77379

BAE Law Firm
800 W. Sam Houston Pkwy. N.
Bldg. 12, 3rd Fl.
Houston, TX 77024

Blackhawk Security Service
2020 SW Frwy #325
Houston, TX 77098

Brian Jensen LLP
6750 West Loop South, Ste 800
Bellaire, TX 77401


Briggs Equipment
8787 Wallisville Rd.
Houston, TX 77029-1315


Christian Brothers Automotive
2899 FM 1960 West
Houston, TX 77068


Cintas
5355 W. Sam Houston Pkwy. N., Ste 300
Houston, TX 77041


Convergent Technologies
35257 Eagle Way
Chicago, IL 60678-1352


Counterforce USA
P.O. Box 266699
Houston, TX 77207-6699


D Systems
781 Far Hills Rd. #7800
New Freedom, PA 17349


De Lage Landen
Ref 484538
P.O. Box 41601
Philadelphia, PA 19101-1601

Dell Financial
4307 Collection Center Dr.
Chicago, IL 60693

Dennis Long
12014 N. Youngwood
Houston, TX   77043


Dun & Bradstreet
75 Remittance Dr., Ste 1793
Chicago, IL 60675-1793


Dwyer Instruments
102 Hwy. 212
Michigan City, IN 463630


Enterprise Fleet Services
10401 Centrepark Dr., Ste 200
Houston, TX   77043


Errol Howery
8119 Schaefer Lane
Houston, TX   77070


Farmers Insurance
Payment Processing
P.O. Box 660665
Dallas, TX 75266-0665

Fire Control Instruments
c/o Bank of America
98534 Collection Center Dr.
Chicago, IL 60693

Firetrol
400 Garden Oaks
Houston, TX 77018


G&K Services
7355 Denny St.
Houston, TX 77040-4848

Geo-Systems USA
2435 Dillard St.
Grand Prairie, TX 75051


Global Fire Control Inc.
1201 17th St., Ste 103
Moline, IL 61244


GMAC
PO Box 9001948
Louisville, KY  40290-1948


Grainger
Dept 852920263
PO Box 419267
Kansas City, MO  64114-6267

Great American Leasing Corporation
PO Box 609
Cedar Rapids, IA   52401


Green Bank
c/o Nathan Sommers & Jacobs
2800 Post Oak, 61st Floor
Houston, TX   77056

Harrington Signal
P.O. Box 590
Moline, IL 61266-0590


HD Supply Waterworks
P.O. Box 840700
Dallas, TX 75284-0700


Heiser Logistics
P.O. Box 730
Canandigua, NY 14424

Hilti, Inc.
5400 S. 122nd E. Ave.
Tulsa, OK 74146


Home Depot
Dept. 32-2133392765
P.O. Box 6029
The Lakes, NV 88901-6029

Honeywell
12490 Collections Center Dr.
Chicago, IL 60693


Houston Area Safety Council
Dept. 337
P.O. Box 3108
Houston, TX 77253-3108

Internal Revenue Service
PO Box 21126
Philadephia, PA   19114


International Systems of A
1812 Cargo Court
Louisville, KY 40299-1912


Interstate Batteries
10959 FM 1960 West, Ste F
Houston, TX 77070-6321


ISO Insurance Services Office
General Post Office
P.O. Box 27507
New York, NY 10087-7507

J2CR LLC
c/o Vedray Management
10368 Diary Ashford
Houston, TX   77079

Ledger Solutions
1776 Woodstead Ct. #220
The Woodlands, TX 77380


Liberty Office Products
P.O. Box 630729
Houston, TX 77263-0729


Mickie Service Company Inc.
P.O. Box 55544
Houston, TX 77255-5544


Murphy Technical
P.O. Box 1046
Argyle, TX 76226


NC Group
12901 Beaumont Hwy. 90
Houston, TX 77049


NTB Tire Kingdom
P.O. Box 406010
Atlanta, GA 30384-6010


Office Depot
Dept. 56-8404363954
P.O. Box 689020
Des Moines, IA 50368-9020

Office Depot-Business
P.O. Box 633211
Cincinnati, OH 45263-3211


Port City Fasteners, Inc.
1902 Treble Dr. #C-7
Humble, TX 77338

Precisionnaire Ltd
19426 Oil Center Blvd.
Houston, TX 77073


Premium Care Service Corp./BCBS
P.O. Box 1186
Chicago, IL 60601


Prostar Services Inc.
P.O. Box 110209
Carrollton, TX 75011-0209


R.M. Crowe Management
4200 Westheimer, Ste 280
Houston, TX   77027


Reliable Sprinkler
103 Fair View Park Dr.
Elmsford, NY 10523


Ricoh Americas Corporation
21146 Network Pl.
Chicago, IL 60673-1211


Ricoh Americas Corporation
P.O. Box 4245
Carol Stream, IL 60197-4245


Roger G. Jain
7322 SW Fwy, Ste 1100
Houston, TX   77074


ROI-North America, Inc.
1250 Barclay Blvd, Ste 100
Buffalo Grove, IL   60089

Ronald L. Bell & Assoc., LP
1275 Barclay Blvd., Ste 100
Buffalo Grove, IL  60089


Royal Communications Inc.
11419 Stage Coach Rd., Ste 2100
Little Rock, AR 72210


Schiller Property
PO Box 4737
Houston, TX   77210-4737


Sealy Appliance and Butane
P.O. Box 638
Sealy, TX 77474


Security General Intl Ltd
12500 San Pedro Ave., Ste 475
San Antonio, TX 78216


Simplex Grinnel
Department 0856
P.O. Box 120001
Dallas, TX 75312-0856


Sound Billing LLC/Jiffy Lube
P.O. Box 620130
Middleton, WI 53562


Southland Battery Assoc.
6311 Antoine Dr.
Houston, TX 787091


Spot Security Professional
8805 Jones Rd., Ste #C-101
Houston, TX 77065

Staples Credit Plan
Dept. 51-7861246410
P.O. Box 689020
Des Moines, IA 50368-9020

Sue Turner
1237 Walston Ridge
Spring, TX    77379

Sunray Construction Notic
2229 Soundings Court
West Palm Beach, FL 33413

Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

Sylvanfield, LLC
4355 Sylvanfield Drive, Ste 200
Houston, TX    77014

Tecumseh Technologies, LCC
P.O. Box 99
Tecumseh, MI 49286

Texas Manufacturing
5915 Milwee St.
Houston, TX 77092

Texas State Comptroller
Bankruptcy & Collections Division
PO Box 12548
Austin, TX    78711-2548

The CAD Store
15353 N. 91st Ave.
Peoria, AZ 85381

Tried Distribution Inc.
P.O. Box 840506
Dallas, TX 75284


United Access
2770 North Fwy.
Houston, TX 77009


United Central Control, Inc.
8415 Data Point Dr., Ste 500
San Antonio, TX 78229


Unline Shipping Supply Speci
2200 S. Lakeside Dr.
Waukegan, IL 60085


Valero Marketing & Supply
P.O. Box 300
Amarillo, TX 79105-0300


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Video IQ
213 Burlington Road
Bedford, MA  01730


Wesley D. & Paula Cooley
18315 Trace Forest Drive
Spring, TX    77379


Wildcat Electric Supply Ltd
5535 Harvey Wilson
Houston, TX 77020

Wilson Fire
7303 Empire Central Dr.
Houston, TX 77040

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                               CHAPTER   **11**

**HiTech Fire Detection Corporation**

DEBTOR(S)                                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Paula S. Cooley<br>18315 Trace Forest Drive<br>Spring, TX   77379 | | | 50% |
| Wesley D. Cooley<br>18315 Trace Forest Drive<br>Spring, TX   77379 | | | 50% |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:  **08/09/2010** _____          Signature: __**/s/ Eric N. Cooley**_____

                                                                              *Eric N. Cooley*
                                                                              **President**