HiTech Fire Detection, Inc.
Income Statement
For the 4 Months Ending April 30, 2010

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | $ 397,576.30 | $ 2,198,085.69 |
| **Cost of Sales** | 326,549.28 | 1,610,445.06 |
| Gross Profit | 71,027.02 | 587,640.63 |
| **Operating Expense** | | |
| Advertising | (55.54) | 3,654.07 |
| Auto/Truck Expense | 28,860.06 | 119,318.61 |
| Bank Service Charges | (455.07) | 4,851.68 |
| Salaries & Wages | 59,000.27 | 209,634.31 |
| Depreciation | | - |
| Dues and Subscriptions | 247.90 | 334.80 |
| Equipment Rental | 1,926.31 | 4,325.19 |
| Insurance | 33,552.38 | 131,377.56 |
| Interest Expense | 17,486.90 | 38,995.96 |
| Office Supplies | 2,258.77 | 19,803.44 |
| Postage and Delivery | 109.05 | 1,266.34 |
| ~~Professional Fees~~ | ~~19,959.46~~ | ~~57,808.95~~ |
| Rent | 15,902.38 | 38,831.84 |
| Payroll Taxes | 33,127.90 | 131,131.99 |
| Training | 205.00 | 1,550.74 |
| Travel & Ent | 106.68 | 3,828.60 |
| Uniforms | 752.36 | 6,610.92 |
| Utilities | 516.02 | 1,696.54 |
| Miscellaneous | 11,182.77 | 44,966.57 |
| **Total Expense** | 224,683.60 | 819,988.11 |
| Income before Taxes | (153,656.58) | (232,347.48) |
| Loss on Sale of Assets | - | - |
| Net Income (Loss) | $ (153,656.58) | $ (232,347.48) |

Preliminary For Management's Use Only

HiTech Fire Detection Inc.
Balance Sheet
As of April 30, 2010

**Current Assets**

| | |
|---|---:|
| Cash & Cash Equivalents | $ 298,080.79 |
| Accounts Receivable | 1,661,610.25 |
| Job Retainage | 74,243.89 |
| Employee Loan | 3,000.00 |
| Inventory | 406,464.00 |
| Cost in Excess of Billing | 12,243.65 |
| Loans to Shareholders | 10,000.00 |
| **Total Current Assets** | 2,465,642.58 |

**Fixed Assets**

| | |
|---|---:|
| Automobiles & Trucks | 163,232.82 |
| Tools & Equipment | 15,477.74 |
| Furniture & Equipment | 93,017.46 |
| Accumulated Depreciation | (219,587.57) |
| **Total Fixed Assets** | 52,140.45 |

**Other Assets**

| | |
|---|---:|
| Security Deposits | 811.50 |
| Organization Costs | 838.00 |
| Loan Origination Fees | 4,732.84 |
| Accumulated Amortization | (4,230.00) |
| **Total Other Assets** | 2,381.57 |

**Total Assets**  $ 2,520,164.60

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable | $ 749,894.11 |
| Line of Credit | 984,982.74 |
| Current Portion of Long term Debt | 16,397.93 |
| Other Liabilities | 28,435.62 |
| **Total Current Liabilities** | 1,779,710.40 |

**Long Term Debt**

**HiTech Fire Detection Inc.**
**Balance Sheet**
**As of April 30, 2010**

|  |  |
|---|---|
| Shareholder Loan | 29,534.27 |
| Note Payable | 39,591.58 |
| Loan from Related Party | 27,632.79 |
| **Total Long Term Debt** | 96,758.64 |
| **Total Liabilities** | 1,876,469.04 |

**Equity**

|  |  |
|---|---|
| Common Stock | 1,000.00 |
| Distributions | (78,006.12) |
| Retained Earnings | 953,049.16 |
| Net Income | (232,347.48) |
| **Total Equity** | 643,695.56 |
| **Total Liabilities & Equity** | $ 2,520,164.60 |