| Employee | WEEKLY gross | BCBS | SS/MED | TWC 3rd Qtr |
|---|---:|---:|---:|---:|
| BERNAL, ROBERTO | 380.00 | - | 29.07 | - |
| BIRCHARD, GLEN M. | 1,560.00 | 256.35 | 117.88 | - |
| BOUDREAUX, DAVID J. | 800.00 | 256.35 | 59.75 | - |
| BROOKS, ASHLEY M. | 340.00 | - | 26.01 | 103.85 |
| BROWN, BRION | 865.38 | - | 66.20 | - |
| BUSH, CHRISTOPHER M. | 576.92 | - | 44.13 | - |
| CAPDEON II, JOSEPH A. | 560.00 | 256.35 | 39.25 | - |
| CASSARD, TOMMY D. | 520.00 | - | 39.78 | - |
| CERNA, ANDRES | 470.00 | 256.35 | 35.35 | - |
| CLARK, BRANDY L. | 200.00 | - | 15.30 | 56.70 |
| CLODFELTER, GREGORY R. | 880.00 | 259.78 | 66.94 | - |
| COLLINS, BRENDAN S. | 1,280.00 | - | 97.92 | 7.56 |
| COOK, DARYN K. | 960.00 | 256.35 | 71.57 | - |
| ENGLERT, DAVID M. | 1,000.00 | 256.35 | 59.20 | - |
| ESPINOZA, JOSE E. | 480.00 | - | 36.72 | - |
| FALLS, GARY P. | 880.00 | 256.35 | 65.86 | - |
| FORSYTHE, JOSEPH D. | 1,100.00 | 256.35 | 82.69 | - |
| GONZALEZ, PEDRO | 900.00 | - | 68.85 | - |
| GOODWIN, MELISSA A. | 865.38 | - | 66.20 | - |
| GOVEA, PALBO J. | 915.20 | - | 70.01 | - |
| HOLMAN, DOMINICK | 980.00 | 256.33 | 73.52 | - |
| HOLMAN, TREY R. | 400.00 | 256.35 | 29.14 | - |
| HORTON, TAMARA | 1,040.00 | - | 79.56 | - |
| KIZER, DERRICK R. | 600.00 | 256.35 | 44.44 | - |
| LENZ, JONATHAN J. | 769.20 | 256.33 | 49.37 | - |
| LESPADE, TOMMY W. | 840.00 | - | 64.26 | - |
| LIEVENS, JUSTIN L. | 676.00 | 259.78 | 51.10 | - |
| LUCARIO, EDDIE J. | 800.00 | - | 61.20 | - |
| MARTELL, LACI M. | 520.00 | 256.35 | 38.33 | - |
| MEDINA, SILVANO O. | 800.00 | 259.78 | 60.58 | - |
| MORGAN, WILLIAM | 1,538.46 | - | 117.69 | - |
| MURSKI, TONYA R. | 769.23 | 256.35 | 57.81 | - |
| PARNELL, KENNETH R. | 1,923.08 | 256.35 | 147.12 | - |
| PEVE, YVONNE C. | 640.00 | 256.35 | 47.51 | - |
| PHILLIPS, RYAN M. | 400.00 | 259.78 | 29.99 | - |
| PRATER, MICHAEL S. | 420.00 | 256.35 | 31.51 | - |
| RAHMAN, VIVIAN A. | 480.00 | 256.35 | 35.27 | - |
| RIECK, RACHEL M. | 480.00 | 153.64 | 26.25 | - |
| RIVAS, CARLOS R. | 460.00 | 259.78 | 34.58 | - |
| RODRIGUEZ, SHAUN | 480.00 | 256.35 | 35.14 | - |

Exhibit "A"

| Employee | WEEKLY gross | BCBS | SS/MED | TWC 3rd Qtr |
|---|---:|---:|---:|---:|
| ROGERS, BRYANT D. | 760.00 | 256.35 | 57.53 | - |
| ROGERS, HERBERT G. | 1,096.00 | 256.35 | 82.55 | - |
| ROSS, TENA L. | 680.00 | 256.35 | 50.57 | - |
| SHANAHAN, TIMOTHY H. | 1,000.00 | - | 76.50 | 135.00 |
| SHIPP, JESSE W. | 800.00 | 256.35 | 59.74 | - |
| SINCLAIR, TERRY L. | 1,000.00 | 259.80 | 75.89 | - |
| SMITH, RONALD D. | 520.00 | 256.35 | 38.33 | - |
| THORNTON, ALEXANDER F. | 720.00 | 256.35 | 53.63 | - |
| WASKOW, DOUGLAS W. | 720.00 | 256.35 | 54.47 | - |
| WIRES, FELICIA L. | 640.00 | 256.35 | 47.51 | - |
| YARBROUGH, ROY M. | 920.00 | - | 70.38 | - |
|  | 39,404.85 | 8,633.75 | 2,940.16 | 303.11 |