HITECH FIRE DETECTION CORPORATION
SERVICE LIST      10-36791-H5-11

DEBTOR

HiTech Fire Detection Corporation
3845 FM 1960 West, Ste 450
Houston, TX   77068

TRUSTEE

Christine March (via ECF)

SECURED CREDITORS

Dell Financial
4307 Collection Center Drive
Chicago, IL   60693

GMAC
PO Box 9001948
Louisville, KY   40290-1948

Green Bank
c/o Nathan Sommers & Jacobs
2800 Post Oak, 61st Floor
Houston, TX   77056

PRIORITY CREDITORS

Premium Care Service Corp/BCBS
PO Box 1186
Chicago, IL   60601

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Texas State Comptroller
Bankruptcy & Collections
PO Box 12548
Austin, TX   78711-2548

TWENTY LARGEST UNSECURED CREDITORS

Fire Control Instruments
c/o Bank of America
98534 Collection Center Drive
Chicago, IL   60693

Texas Manufacturing
5915 Milwee St.
Houston, TX   77092

Accion Texas
PO Box 915222
Dallas, TX   75391-5222

Briggs Equipment
8787 Wallisville Road
Houston, TX   77029-1315

ADI
PO Box 409863
Atlanta, GA   30384-9863

Reliable Sprinkler
103 Fair View Park Drive
Elmsford, NY   10523

ACT Pipe & Supply
6950 W. Sam Houston Pkwy
Houston, TX   77041

Ledger Solutions
1776 Woodstead Ct., #220
The Woodlands, TX   77380

Sue Turner
1237 Walston Ridge
Spring, TX   77379

Premium Care Service
Corp./BCBS
PO Box 1186
Chicago, IL   60601

Security General Intl Ltd.
12500 San Pedro Ave., Ste 475
San Antonio, TX   78216

Global Fire Control Inc.
1201 17th St., Ste 103
Moline, IL 61244

Counterforce USA
PO Box 266699
Houston, TX   77207-6699

HD Supply Waterworks
PO Box 840700
Dallas, TX   75284-0700

Home Depot
Dept. 32-2133392765
PO Box 6029
The Lakes, NV   88901-6029

Blackhawk Security Service
2020 SW Fwy #325
Houston, TX   77098

Farmers Insurance
Payment Processing
PO Box 660665
Dallas, TX   75266-0665

Valero Marketing & Supply
PO Box 300
Amarillo, TX   79105-0300

Verizon Wireless
PO Box 660108
Dallas, TX   75266-0108

Ricoh Americas Corporation
21146 Network Pl.
Chicago, IL 60673-1211