UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HITECH FIRE DETECTION CORP. | § | CASE NO. 10-36791-H5-11 |
| | § | |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES

At Houston came on for consideration the Emergency Motion To Pay Prepetition Wages filed herein by the Debtor in Possession, HiTech Fire Detection Corporation and the Court finding good cause therefore, it is therefore

ORDERED that the Debtor is hereby authorized to pay the prepetition wages as reflected on Exhibit "A" attached hereto and all employer payroll taxes associated therewith.

DATED:_____

_____
United States Bankruptcy Judge

| Employee | WEEKLY gross | BCBS | SS/MED | TWC 3rd Qtr |
|---|---|---|---|---|
| BERNAL, ROBERTO | 380.00 | - | 29.07 | - |
| BIRCHARD, GLEN M. | 1,560.00 | 256.35 | 117.88 | - |
| BOUDREAUX, DAVID J. | 800.00 | 256.35 | 59.75 | - |
| BROOKS, ASHLEY M. | 340.00 | - | 26.01 | 103.85 |
| BROWN, BRION | 865.38 | - | 66.20 | - |
| BUSH, CHRISTOPHER M. | 576.92 | - | 44.13 | - |
| CAPDEON II, JOSEPH A. | 560.00 | 256.35 | 39.25 | - |
| CASSARD, TOMMY D. | 520.00 | - | 39.78 | - |
| CERNA, ANDRES | 470.00 | 256.35 | 35.35 | - |
| CLARK, BRANDY L. | 200.00 | - | 15.30 | 56.70 |
| CLODFELTER, GREGORY R. | 880.00 | 259.78 | 66.94 | - |
| COLLINS, BRENDAN S. | 1,280.00 | - | 97.92 | 7.56 |
| COOK, DARYN K. | 960.00 | 256.35 | 71.57 | - |
| ENGLERT, DAVID M. | 1,000.00 | 256.35 | 59.20 | - |
| ESPINOZA, JOSE E. | 480.00 | - | 36.72 | - |
| FALLS, GARY P. | 880.00 | 256.35 | 65.86 | - |
| FORSYTHE, JOSEPH D. | 1,100.00 | 256.35 | 82.69 | - |
| GONZALEZ, PEDRO | 900.00 | - | 68.85 | - |
| GOODWIN, MELISSA A. | 865.38 | - | 66.20 | - |
| GOVEA, PALBO J. | 915.20 | - | 70.01 | - |
| HOLMAN, DOMINICK | 980.00 | 256.33 | 73.52 | - |
| HOLMAN, TREY R. | 400.00 | 256.35 | 29.14 | - |
| HORTON, TAMARA | 1,040.00 | - | 79.56 | - |
| KIZER, DERRICK R. | 600.00 | 256.35 | 44.44 | - |
| LENZ, JONATHAN J. | 769.20 | 256.33 | 49.37 | - |
| LESPADE, TOMMY W. | 840.00 | - | 64.26 | - |
| LIEVENS, JUSTIN L. | 676.00 | 259.78 | 51.10 | - |
| LUCARIO, EDDIE J. | 800.00 | - | 61.20 | - |
| MARTELL, LACI M. | 520.00 | 256.35 | 38.33 | - |
| MEDINA, SILVANO O. | 800.00 | 259.78 | 60.58 | - |
| MORGAN, WILLIAM | 1,538.46 | - | 117.69 | - |
| MURSKI, TONYA R. | 769.23 | 256.35 | 57.81 | - |
| PARNELL, KENNETH R. | 1,923.08 | 256.35 | 147.12 | - |
| PEVE, YVONNE C. | 640.00 | 256.35 | 47.51 | - |
| PHILLIPS, RYAN M. | 400.00 | 259.78 | 29.99 | - |
| PRATER, MICHAEL S. | 420.00 | 256.35 | 31.51 | - |
| RAHMAN, VIVIAN A. | 480.00 | 256.35 | 35.27 | - |
| RIECK, RACHEL M. | 480.00 | 153.64 | 26.25 | - |
| RIVAS, CARLOS R. | 460.00 | 259.78 | 34.58 | - |
| RODRIGUEZ, SHAUN | 480.00 | 256.35 | 35.14 | - |

Exhibit "A"

| Employee | WEEKLY gross | BCBS | SS/MED | TWC 3rd Qtr |
|---|---|---|---|---|
| ROGERS, BRYANT D. | 760.00 | 256.35 | 57.53 | - |
| ROGERS, HERBERT G. | 1,096.00 | 256.35 | 82.55 | - |
| ROSS, TENA L. | 680.00 | 256.35 | 50.57 | - |
| SHANAHAN, TIMOTHY H. | 1,000.00 | - | 76.50 | 135.00 |
| SHIPP, JESSE W. | 800.00 | 256.35 | 59.74 | - |
| SINCLAIR, TERRY L. | 1,000.00 | 259.80 | 75.89 | - |
| SMITH, RONALD D. | 520.00 | 256.35 | 38.33 | - |
| THORNTON, ALEXANDER F. | 720.00 | 256.35 | 53.63 | - |
| WASKOW, DOUGLAS W. | 720.00 | 256.35 | 54.47 | - |
| WIRES, FELICIA L. | 640.00 | 256.35 | 47.51 | - |
| YARBROUGH, ROY M. | 920.00 | - | 70.38 | - |
| | 39,404.85 | 8,633.75 | 2,940.16 | 303.11 |

Exhibit "A"