**FIFTEEN DAY CASH COLLATERAL BUDGET**
**AUGUST 9 THROUGH AUGUST 23, 2010**

| | | |
|---|---|---:|
| CASH ON HAND | $ | 1,995.00 |
| AR TO BE COLLECTED | $ | 200,000.00 |

**Non - Payroll Related Expenses:**

| | | |
|---|---|---:|
| Petty Cash | $ | 400.00 |
| Cost of Goods Sold | $ | 33,000.00 |
| Insurance-Commercial | $ | 9,250.00 |
| Insurance-Health | $ | 9,100.00 |
| Computer/Equip. Lease | $ | 1,900.00 |
| Sales & Used Tax | $ | 15,000.00 |
| Office Supplies/Postage | $ | 750.00 |
| OAG Child Support | $ | 2,690.00 |
| Auto Expenses | $ | 10,000.00 |
| Fuel | $ | 6,500.00 |
| Toll | $ | 850.00 |
| Telephone | $ | 6,000.00 |
| Permits | $ | 1,250.00 |
| Monitoring Exp. | $ | 3,852.00 |
| Rent-Office | $ | - |
| Rent-Warehouse | $ | 1,265.00 |
| Repairs | $ | 2,000.00 |
| Utilities-Warehouse | $ | 150.00 |
| Subtotal | $ | 103,957.00 |

**Payroll Related:**

| | | |
|---|---|---:|
| 08/12/10 Net Payroll | $ | 31,625.74 |
| 08/12/10 Payroll Tax Deposit | $ | 12,000.00 |
| 08/19/10 Net Payroll | $ | 36,500.00 |
| 08/19/10 Payroll Tax Deposit | $ | 12,000.00 |
| Subtotal | $ | 92,125.74 |
| Total | $ | 196,082.74 |

| | | |
|---|---|---:|
| Net Profit | | |
| CASH REMAINING | $ | 5,912.26 |
| REMAINING AR | $ | 1,372,197.58 |

EXHIBIT "A"