IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HITECH FIRE DETECTION CORP. | § | CASE NO. 10-36791-H5-11 |
| | § | |
| Debtor | § | |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

At Houston came on for hearing the *Emergency Motion for Interim Order Authorizing the Debtor's Use of Cash Collateral Pursuant to Bankruptcy Code Section 363(c); Granting Adequate Protection Pursuant to Sections 363 and 364 of the Bankruptcy Code; and Setting a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4002(c),* and the Court having considered same, and having heard the evidence presented by the Debtor and the arguments of counsel, it is therefore

ORDERED that HiTech Fire Detection Corporation is hereby authorized to utilize cash collateral as necessary to operate its business over the next fifteen days as set forth on Exhibit "A" attached here; it is further

ORDERED that Green Bank shall have replacement postpetition lien in accounts receivable in the same order and priority as existed on the date this case was filed to the extent that Debtor expends  accounts receivable; it is further

ORDERED that a hearing to consider the entry of a final order for the use of cash collateral shall be set for the _____ day of August, 2010 at _____ o'clock ____.m., in Courtroom No. _____, in the Federal Courthouse, 515 Rusk, Houston, Tx.

DATED:_____

_____
United States Bankruptcy Judge

FIFTEEN DAY CASH COLLATERAL BUDGET
AUGUST 9 THROUGH AUGUST 23, 2010

| | | |
|---|---|---:|
| CASH ON HAND | $ | 1,995.00 |
| AR TO BE COLLECTED | $ | 200,000.00 |

**Non - Payroll Related Expenses:**

| | | |
|---|---|---:|
| Petty Cash | $ | 400.00 |
| Cost of Goods Sold | $ | 33,000.00 |
| Insurance-Commercial | $ | 9,250.00 |
| Insurance-Health | $ | 9,100.00 |
| Computer/Equip. Lease | $ | 1,900.00 |
| Sales & Used Tax | $ | 15,000.00 |
| Office Supplies/Postage | $ | 750.00 |
| OAG Child Support | $ | 2,690.00 |
| Auto Expenses | $ | 10,000.00 |
| Fuel | $ | 6,500.00 |
| Toll | $ | 850.00 |
| Telephone | $ | 6,000.00 |
| Permits | $ | 1,250.00 |
| Monitoring Exp. | $ | 3,852.00 |
| Rent-Office | $ | - |
| Rent-Warehouse | $ | 1,265.00 |
| Repairs | $ | 2,000.00 |
| Utilities-Warehouse | $ | 150.00 |
| Subtotal | $ | 103,957.00 |

**Payroll Related:**

| | | |
|---|---|---:|
| 08/12/10 Net Payroll | $ | 31,625.74 |
| 08/12/10 Payroll Tax Deposit | $ | 12,000.00 |
| 08/19/10 Net Payroll | $ | 36,500.00 |
| 08/19/10 Payroll Tax Deposit | $ | 12,000.00 |
| Subtotal | $ | 92,125.74 |
| Total | $ | 196,082.74 |

| | | |
|---|---|---:|
| Net Profit | | |
| CASH REMAINING | $ | 5,912.26 |
| REMAINING AR | $ | 1,372,197.58 |

EXHIBIT "A"